| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Law Offices of Scott E. Kaplan, LLC<br>12 N. Main Street<br>P.O. Box 157<br>Allentown, NJ 08501<br>(609) 259-1112<br>Attorney for Debtors<br><br>In Re:<br>Miguel J. Perry & Olympia Iliou-Perry,<br><br>                              Debtors. | Order Filed on July 12, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:     11-45182<br>Chapter:          13<br>Judge:            KCF |

### AMENDED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 12, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Scott E. Kaplan_____, the applicant, is allowed a fee of $ _____800.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____800.00_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____800.00_____ per month for _____1_____ months to allow for payment of the above fee.

*rev.8/1/15*