UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Scott E. Kaplan, LLC
12 N. Main Street
P.O. Box 157
Allentown, NJ 08501
(609) 259-1112
Attorney for Debtors

Order Filed on July 12, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Miguel J. Perry & Olympia Iliou-Perry,

                Debtors.

Case No.:    11-45182

Chapter:    13

Judge:    KCF

# AMENDED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 12, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Scott E. Kaplan_____, the applicant, is allowed a fee of $ _____800.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____800.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____800.00_____ per month for _____1_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 11-45182-KCF
Miguel J Perry                                                            Chapter 13
Olympia Iliou-Perry
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1              Date Rcvd: Jul 13, 2016
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2016.
db/jdb        +Miguel J Perry,    Olympia Iliou-Perry,    132 Fountayne Lane,    Lawrenceville, NJ 08648-2673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2016 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Alexandra T. Garcia     on behalf of Creditor    Wells Fargo Bank, N.A. NJECFMAIL@mwc-law.com
              Allyson Virginia Cofran    on behalf of Creditor    Liberty Green Homeowners Association, Inc.
               acofran@stark-stark.com,    dcrivaro@stark-stark.com;JHanley@stark-stark.com
              Andrew L. Spivack     on behalf of Creditor    Bank of America, N.A.as successor by merger to BAC
               Home Loans Servicing, LP as servicer for The Bank of New York Mellon fka The Bank of New York,
               as Trustee for the Certificateholders of CWALT, Inc., nj.bkecf@fedphe.com
              Damon Michael Kress     on behalf of Creditor    Liberty Green Homeowners Association, Inc.
               dkress@theassociationlawyers.com
              Elysa D Bergenfeld     on behalf of Creditor    Liberty Green Homeowners Association, Inc.
               edb@ansellgrimm.com,    rbl@ansellgrimm.com
              Jennifer R. Gorchow     on behalf of Creditor    Bank of America, N.A.as successor by merger to BAC
               Home Loans Servicing, LP as servicer for The Bank of New York Mellon fka The Bank of New York,
               as Trustee for the Certificateholders of CWALT, Inc., nj.bkecf@fedphe.com
              John Philip Schneider     on behalf of Creditor    SHELLPOINT MORTGAGE SERVICING, SERVICER FOR THE
               BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT,
               INC., ALTERNATIVE LOAN TRUST 2005-79CB, MORTGAGE PASS- nj.bkecf@fedphe.com
              Joshua I. Goldman     on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Scott Eric Kaplan     on behalf of Debtor Miguel J Perry scott@sekaplanlaw.com,
               felisha@sekaplanlaw.com,sekparalegal@gmail.com
              Scott Eric Kaplan     on behalf of Joint Debtor Olympia   Iliou-Perry scott@sekaplanlaw.com,
               felisha@sekaplanlaw.com,sekparalegal@gmail.com
                                                                                               TOTAL: 13