**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Miguel J Perry** | Social Security number or ITIN   **xxx−xx−4310** |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Olympia Iliou−Perry** | Social Security number or ITIN   **xxx−xx−0515** |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of New Jersey**

Case number:   **11−45182−KCF**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Miguel J Perry                               Olympia Iliou−Perry

<u>9/27/16</u>                                  **By the court:**    <u>Kathryn C. Ferguson</u>
                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                      Case No. 11-45182-KCF
Miguel J Perry                                              Chapter 13
Olympia Iliou-Perry
        Debtors               CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 4       Date Rcvd: Sep 27, 2016
                              Form ID: 3180W           Total Noticed: 111


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2016.
db/jdb       +Miguel J Perry,   Olympia Iliou-Perry,    132 Fountayne Lane,   Lawrenceville, NJ 08648-2673
aty          +Phelan Hallinan & Schmieg,    400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
cr           +Bank of America, N.A.as successor by merger to BAC,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,   Suite 100,    Mt. Laurel, NJ 08054-3437
intp         +Chase Bank USA, NA,   Barnes & Thornburg,    1 N Wacker Dr,   #4400,   Chicago, IL 60606-2841
cr            Liberty Green Homeowners Association, Inc.,    c/o McGovern Legal Services, LLC,   P.O. Box 1111,
               New Brunswick, NJ   08903-1111
cr           +SHELLPOINT MORTGAGE SERVICING, SERVICER FOR THE BA,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,   Suite 100,    Mt. Laurel, NJ 08054-3437
512602230    +A-1 Collections Svc,   101 Grovers Mill Rd Ste,    Lawrenceville, NJ 08648-4706
512767554    +A. W Martin Inc.,   379 Princeton Hightown Road,    Cranbury, NJ 08512-2960
512602231    +A.W. Martin, Inc.,   379 Princeton Hightown Rd,    Cranbury, NJ 08512-2960
512602232     Alliance Asset Management, Inc.,    330 Georgetown Square, St 104,   Wood Dale, IL   60191
512602236    +Associated Credit Services, Inc.,    105B South St., PO Box 9100,   Hopkinton, MA 01748-2206
515258634     Bank of New York as trustee for CWALT 2005-79CB,    c/o Shellpoint Mortgage Servicing,
               P.O. Box 10826,   Greenville, SC 29603-0826
515258635    +Bank of New York as trustee for CWALT 2005-79CB,    c/o Shellpoint Mortgage Servicing,
               P.O. Box 10826,   Greenville, SC 29603-0826,   Bank of New York as trustee for CWALT 20,
               c/o Shellpoint Mortgage Servicing 29603-0826
512602248    ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,   OFALLON MO 63368-2239
              (address filed with court: Citifinancial,    300 Saint Paul Pl,   Baltimore, MD  21202)
512602239    +Cary Juste, Leasor,   34 Garnett Place,    Elmont, NY 11003-3632
512602240     Cash Jar,   P.O. Box 1639,   Belize City, Belize,
512944286     Celentano, Stadtmauer & Walentowicz,    1035 Route 46 East P.O. Box 2594,
               Clifotn, New Jersey 07015-2594
512602241     Celentano, Stadtmauer & Walentowicz, LLP,    Notchview Office Park,
               1035 Route 46 E. PO Box 2594,   Clifton, NJ   07015-2594
512937223     CitiFinancial, Inc,   P.O. Box 6042,    Sioux Falls, SD 57117-6042
512602250    +Ctech Collections, Inc.,   PO Box 402,    Mt. Sinai, NY 11766-0402
512602251    +Cutter Group,   C/O Julius Glander Ploucher & Associates,    63 Tailor Lane,
               Sicklerville, NJ 08081-5697
512602252     Diagnostic Imaging Of South Jersey,    PO Box 8500,   Philadelphia, PA  19178-7746
512602255    +Eastern Account System,   75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
512602256    +Emrg Phy Assoc Of S. Jersey, PC,   2620 Ridgewood Rd Ste 300,    Akron, OH 44313-3500
512909148    +HSBC Bank Nevada, N.A.,   by PRA Receivables Management, LLC,    PO Box 12907,
               Norfolk VA 23541-0907
512602260    +Hackensack University Medical Center,    30 Prospect Avenue,   Hackensack, NJ 07601-1915
512602261     Hamilton OBGYN Associates PA,   PO Box 48198,    Newark, NJ  07101-8398
512602263    +Hsbc/levitz,   1800 Tysons Blvd., Suite 50,    Mclean, VA 22102-4267
512602265    +Kenneth McClelland, Constable,   P.O. Box 905,    Trenton, NJ 08605-0905
512602266    #Keystone Financial Services,   PO Box 730,    Allenwood, NJ 08720-0730
512602267    +Liberty Greens Homeowners Association,    C/O Wentworth Property Management,
               4 Princess Road, Ste 102,   Lawrenceville, NJ 08648-2322
512602268    +Loan Shop,   2207 Concord Pike #250,    Wilmington, DE 19803-2908
512602270    +Massage Envy Of Princeton,    3373 Route 1,   Lawrenceville, NJ 08648-2414
512602271    +McGovern Legal Services, LLC,   Attys for Liberty Green Homeowners,
               850 Route 1 North, P.O. Box 1111,    New Brunswick, NJ 08903-1111
513472321    +Medical Center at Princeton,    Att: CCCB,    POB 336,   Raritan, NJ 08869-0336
512602272    +Mercantile Adjmnt Bur,   6390 Main St S-160,    Williamville, NY 14221-5857
512602278     NJ Division Of Taxation,   P.O. Box 999,    Trenton, NJ  08646-0999
512602274     National Loan Service,   del Bar Cunninghan, 200 este y 100 norte,    San Jose, Costa Rica
512602275     National Recovery Agen,   2491 Paxton Street,    Harrisburg, PA 17111-1036
512602277    +Ned Stevens Gutter Cleaning, Inc.,    11 Daniel Road East,   Fairfield, NJ 07004-2506
512602283    +PNC Bank,   P.O. Box 609,   Pittsburg, PA 15230-0609
512602281    +Paul Starick, Esq.,   37 Hosford Ave,    Leonardo, NJ 07737-1734
512602282    +Peak 3 Holdings,   C/O Julius Glander Ploucher & Associates,    63 Tailor Lane,
               Sicklerville, NJ 08081-5697
512748433    +Phelan Hallinan & Schmieg, PC,   400 Fellowship Road, Suite 100,
               Mt. Laurel, New Jersey 08054-3437
512602284    +Princeton ER Physicians,   PO Box 8507,    Princeton, NJ 08543-8507
512602285     Princeton Healthcare System,   PO Box 13768,    Philadelphia, PA  19101-3768
512602286    +Radiology Affiliates Of Central Jersey,    3625 Quakerbridge Road,   Hamilton, NJ 08619-1268
512602287    +Rubin & Raine Of New Jersey, LLC,   Cranberry Commons,    446 Route 35, Bldg C,
               Eatontown, NJ 07724-4290
512602290     SKO Brenner American Inc.,   40 Daniel Street PO Box 230,    Farmingdale, NY  11735-0230
512795605    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Division of Taxation,   Compliance Activity,
               PO Box 245,   Trenton, NJ 08695-0245)
512608794    +Savino Financial Group,   731 Alexander Road, Suite 300,    Princeton, NJ 08540-6345
512602288    #+Schiff & Schiff,   211 Monmouth Road, P.O. Box 1000,    West Long Branch, NJ 07764-0730
512602289     Signmyloan.Net,   418 Main St PO Box 88491,    Vancouver, BC  V6A 4A7
512602291    +Tate  And  Kirlin Assoc,   2810 Southampton Rd,    Philadelphia, PA 19154-1207
```

```
District/off: 0312-3          User: admin              Page 2 of 4            Date Rcvd: Sep 27, 2016
                              Form ID: 3180W           Total Noticed: 111


512602297      +Whitman Construction LLC,    2511 Lakewood Road,    Point Pleasant, NJ 08742-2250
512602298      +William A. Foote, DPM,    292 Hughes Drive,    Trenton, NJ 08690-1323

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 27 2016 23:12:19      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 27 2016 23:12:16      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
512602233      +EDI: RMCB.COM Sep 27 2016 22:43:00      Amca,    2269 S Saw Mill,    Elmsford, NY 10523-3832
512602234      +E-mail/Text: ebn@americanwebloan.com Sep 27 2016 23:12:41      American Web Loan,
                 522 N. 14th Street,    Ponka City, OK 74601-4654
512602237      +EDI: BANKAMER.COM Sep 27 2016 22:43:00      Bank Of America, N.a.,    450 American St,
                 Simi Valley, CA 93065-6285
514003259      +EDI: BANKAMER.COM Sep 27 2016 22:43:00      Bank of America, N.A.,    7105 Corporate Drive,
                 Mail Stop: PTX-C-35,    Plano, TX 75024-4100
512810775      +EDI: BANKAMER.COM Sep 27 2016 22:43:00      Bank of America, N.A.,    Mail Stop TX2-982-03-03,
                 7105 Corporate Drive,    Mail Stop: PTX-C-35,    Plano, TX 75024-4100
512602238      +EDI: CCS.COM Sep 27 2016 22:43:00      C.C.S.,    C/O Quest Diagnostics,    PO Box 55126,
                 Boston, MA 02205-5126
513132746      +EDI: BASSASSOC.COM Sep 27 2016 22:43:00      Capital One, N.A,    c/o Bass and Associates,P.C.,
                 3936 E Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
512602242      +E-mail/Text: bankruptcy@certifiedcollection.com Sep 27 2016 23:12:06
                 Certified Credit & Collection Bureau,    PO Box 336,    Raritan, NJ 08869-0336
512602243      +E-mail/Text: TaxBankruptcy@charlottecountyfl.gov Sep 27 2016 23:13:11
                 Charlotte County Tax Collector,    18500 Murdock Circle,    Port Charlotte, FL 33948-1075
512602244      +EDI: CHASE.COM Sep 27 2016 22:43:00      Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
512602245      +EDI: CAUT.COM Sep 27 2016 22:43:00      Chase Auto,    2000 Marcus Avenue,
                 New Hyde Park, NY 11042-1069
512705963       EDI: CHASE.COM Sep 27 2016 22:43:00      Chase Bank USA, N.A.,    PO Box 15145,
                 Wilmington, DE 19850-5145
512602246      +EDI: CHASE.COM Sep 27 2016 22:43:00      Chase-pier1,    Po Box 15298,
                 Wilmington, DE 19850-5298
512602247      +EDI: CITICORP.COM Sep 27 2016 22:43:00      Citibankna,    Po Box 769006,
                 San Antonio, TX 78245-9006
512602249      +EDI: CCS.COM Sep 27 2016 22:43:00      Credit Collection Services,    2 Wells Ave., Dept. 9134,
                 Newton, MA 02459-3225
512641059      +EDI: TSYS2.COM Sep 27 2016 22:43:00      Department Stores National Bank/Bloomingdales,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
512630302      +EDI: TSYS2.COM Sep 27 2016 22:43:00      Department Stores National Bank/Macys,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
512602253      +EDI: TSYS2.COM Sep 27 2016 22:43:00      Dsnb Bloom,    9111 Duke Blvd,    Mason, OH 45040-8999
512602254      +EDI: TSYS2.COM Sep 27 2016 22:43:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
512764336       EDI: RECOVERYCORP.COM Sep 27 2016 22:43:00      Equable Ascent Financial, LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
512602258      +EDI: FSAE.COM Sep 27 2016 22:43:00      Firstsource Advantage, LLC,    205 Bryant Woods South,
                 Amherst, NY 14228-3609
512602259      +EDI: RMSC.COM Sep 27 2016 22:43:00      Gecrb/banana Rep,    Po Box 965005,
                 Orlando, FL 32896-5005
513539460       EDI: RECOVERYCORP.COM Sep 27 2016 22:43:00      Granite Recovery LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
512672894      +EDI: BASSASSOC.COM Sep 27 2016 22:43:00      HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
512917015      +EDI: BASSASSOC.COM Sep 27 2016 22:43:00      HSBC Bank Nevada, N.A.,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
512602262      +EDI: HFC.COM Sep 27 2016 22:43:00      Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
512602264       EDI: IRS.COM Sep 27 2016 22:43:00      IRS,    POB 7346,    Philadelphia, PA  19101-7346
512669468       EDI: CAUT.COM Sep 27 2016 22:43:00      JP Morgan Chase Bank N.A.,    Chase Auto Finance,
                 201 N. Central Ave, AZ1-1191,    Phoenix, AZ 85004-0073
512602269      +EDI: RESURGENT.COM Sep 27 2016 22:43:00      Lvnv Funding Llc,    Po Box 740281,
                 Houston, TX 77274-0281
512806284       EDI: BL-CREDIGY.COM Sep 27 2016 22:43:00      Main Street Acquisition Corp,    Becket and Lee LLP,
                 Attorneys/Agent for Creditor,    POB 3001,    Malvern, PA 19355-0701
513857425      +EDI: AIS.COM Sep 27 2016 22:43:00      Midland Funding LLC,    by American InfoSource LP as agent,
                 Attn: Department 1,    PO Box 4457,    Houston, TX  77210-4457,    Midland Funding LLC 77210-4457
513857424       EDI: AIS.COM Sep 27 2016 22:43:00      Midland Funding LLC,    by American InfoSource LP as agent,
                 Attn: Department 1,    PO Box 4457,    Houston, TX  77210-4457
513571897       EDI: AIS.COM Sep 27 2016 22:43:00      Midland Funding LLC,    by American InfoSource LP as agent,
                 PO Box 4457,    Houston, TX  77210-4457
512602276      +E-mail/Text: egssupportservices@egscorp.com Sep 27 2016 23:12:26
                 NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
512944007      +E-mail/Text: bnc@nordstrom.com Sep 27 2016 23:11:41      NORDSTROM fsb,    PO Box 6566,
                 Englewood, CO 80155-6566
512602279      +E-mail/Text: bnc@nordstrom.com Sep 27 2016 23:11:41      Nordstrom Fsb,    Po Box 6555,
                 Englewood, CO 80155-6555
512602280      +Fax: 866-826-7962 Sep 27 2016 23:09:15      One Click Cash,    52946 Highway 12, Suite 3,
                 Niobrara, NE 68760-7085
512951981       EDI: PRA.COM Sep 27 2016 22:43:00      Portfolio Recovery Associates, LLC,    c/o Banana Republic,
                 POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-3          User: admin              Page 3 of 4                   Date Rcvd: Sep 27, 2016
                              Form ID: 3180W           Total Noticed: 111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513891853      +EDI: PRA.COM Sep 27 2016 22:43:00      PRA Receivables Management, LLC,   POB 41067,
                 Norfolk, VA 23541,    PRA Receivables Management, LLC,   POB 41067, Norfolk, VA 23541-1067
513891852      +EDI: PRA.COM Sep 27 2016 22:43:00      PRA Receivables Management, LLC,   POB 41067,
                 Norfolk, VA 23541-1067
512784249       EDI: RECOVERYCORP.COM Sep 27 2016 22:43:00      Portfolio Investments I LLC,
                 c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
512675597       EDI: RECOVERYCORP.COM Sep 27 2016 22:43:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
512722091      +E-mail/Text: vci.bkcy@vwcredit.com Sep 27 2016 23:12:25      VW CREDIT,INC.,
                 9441 LBJ FREEWAY,SUITE 350,   DALLAS,TEXAS 75243-4652
512880674       EDI: VERIZONEAST.COM Sep 27 2016 22:43:00      Verizon,   PO BOX 3037,
                 Bloomington, IL 61702-3037
512880671      +EDI: VERIZONCOMB.COM Sep 27 2016 22:43:00      Verizon,   404 Brock Drive,
                 Bloomington, IL 61701-2654
512602293      +EDI: VERIZONEAST.COM Sep 27 2016 22:43:00      Verizon New Jersey Inc,   500 Technology Dr,
                 Weldon Spring, MO 63304-2225
512880676      +EDI: VERIZONWIRE.COM Sep 27 2016 22:43:00      Verizon Wireless,   PO BOX 3397,
                 Bloomington, IL 61702-3397
512602294      +E-mail/Text: vci.bkcy@vwcredit.com Sep 27 2016 23:12:25      Vw Credit Inc,   2333 Waukeegan Rd,
                 Deerfield, IL 60015-5508
512602295       EDI: WACHOVIA.COM Sep 27 2016 22:43:00      Wachovia Bank, N.A.,   PO Box 563966,
                 Charlotte, NC  28256-3966
512602296      +EDI: WFFC.COM Sep 27 2016 22:43:00      Wells Fargo Bank Nv Na,   Po Box 31557,
                 Billings, MT 59107-1557
512938679      +EDI: WFFC.COM Sep 27 2016 22:43:00      Wells Fargo Bank, N.A.,   Home Equity Group,
                 1 Home Campus X2303-01A,   Des Moines, IA 50328-0001,   Telephone number 50328-0001
512602299      +E-mail/Text: collect@williamsalexander.com Sep 27 2016 23:12:02      Williams/alexander  And  A,
                 1479 Route 23 South,   Wayne, NJ 07470-7507
513854946      +EDI: BASSASSOC.COM Sep 27 2016 22:43:00      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,   Tucson, AZ 85712-1083
                                                                                               TOTAL: 55

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513858741*     +Midland Funding LLC,    by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
                 Houston, TX  77210-4457,   Midland Funding LLC 77210-4457
513861140*     +Midland Funding LLC,    by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
                 Houston, TX  77210-4457,   Midland Funding LLC 77210-4457
513858740*      Midland Funding LLC,    by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
                 Houston, TX  77210-4457
513861139*      Midland Funding LLC,    by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
                 Houston, TX  77210-4457
513574705*      Midland Funding LLC,    by American InfoSource LP as agent,   PO Box 4457,
                 Houston, TX  77210-4457
512602235      ##+Ars Account Resolution,   1801 Nw 66th Ave Ste 200,   Plantation, FL 33313-4571
512602257      ##+Equable Ascent Financi,   1120 West Lake Co,   Buffalo Grove, IL 60089-1970
512602273      ##National Credit Soluti,   3680 East I-240 Service Road,   Oklahoma City, OK  73135 -1737
512602292      ##+Trident Asset Manageme,   5755 Northpoint Pkwy Ste,   Alpharetta, GA 30022-1136
                                                                                               TOTALS: 0, * 5, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2016                                   Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 4 of 4            Date Rcvd: Sep 27, 2016
                              Form ID: 3180W           Total Noticed: 111
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2016 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Alexandra T. Garcia    on behalf of Creditor    Wells Fargo Bank, N.A. NJECFMAIL@mwc-law.com
              Allyson Virginia Cofran    on behalf of Creditor    Liberty Green Homeowners Association, Inc.
               acofran@stark-stark.com,   dcrivaro@stark-stark.com;JHanley@stark-stark.com
              Andrew L. Spivack    on behalf of Creditor    Bank of America, N.A.as successor by merger to BAC
               Home Loans Servicing, LP as servicer for The Bank of New York Mellon fka The Bank of New York,
               as Trustee for the Certificateholders of CWALT, Inc., nj.bkecf@fedphe.com
              Damon Michael Kress    on behalf of Creditor    Liberty Green Homeowners Association, Inc.
               dkress@theassociationlawyers.com
              Elysa D Bergenfeld    on behalf of Creditor    Liberty Green Homeowners Association, Inc.
               edb@ansellgrimm.com,   rbl@ansellgrimm.com
              Jennifer R. Gorchow    on behalf of Creditor    Bank of America, N.A.as successor by merger to BAC
               Home Loans Servicing, LP as servicer for The Bank of New York Mellon fka The Bank of New York,
               as Trustee for the Certificateholders of CWALT, Inc., nj.bkecf@fedphe.com
              John Philip Schneider    on behalf of Creditor    SHELLPOINT MORTGAGE SERVICING, SERVICER FOR THE
               BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT,
               INC., ALTERNATIVE LOAN TRUST 2005-79CB, MORTGAGE PASS- nj.bkecf@fedphe.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Scott Eric Kaplan    on behalf of Debtor Miguel J Perry scott@sekaplanlaw.com,
               felisha@sekaplanlaw.com,sekparalegal@gmail.com
              Scott Eric Kaplan    on behalf of Joint Debtor Olympia   Iliou-Perry scott@sekaplanlaw.com,
               felisha@sekaplanlaw.com,sekparalegal@gmail.com
                                                                                              TOTAL: 13